

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON**

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:24-cr-00186
    21 U.S.C. § 843(b)

**EMARIEL KANAY TYLER**

## I N F O R M A T I O N

The United States Attorney Charges:

On or about March 29, 2023, at or near Charleston, Kanawha County, West Virginia, and elsewhere within the Southern District of West Virginia, defendant EMARIEL KANAY TYLER knowingly and intentionally used a communication facility, that is, a telephone, in committing, causing, and facilitating the commission of an act constituting a felony in violation of 21 U.S.C. 841(a)(1), that is, distribution of a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 843(b).

```
                              UNITED STATES OF AMERICA

                              WILLIAM S. THOMPSON
                              United States Attorney


                         By:  _____
                              LESLEY SHAMBLIN
                              Assistant United States Attorney
```